IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:24-cr-00002-SEP-JMB |
| OLADIRANY AJAYI-OBE, | ) ) ) |
| Defendants. | ) |

**SUPPLEMENTAL MEMORANDUM IN SUPPORT OF
MOTION FOR PRETRIAL DETENTION AND HEARING**

COMES NOW the United States of America, by and through Sayler A. Fleming, United States Attorney, and Justin M. Ladendorf, Assistant United States Attorney, for the Eastern District of Missouri, and hereby supplements its Motion for Pretrial Detention and Hearing, Doc. 78.

**I.   INTRODUCTION**

Defendant Oladiran Ajayi-Obe is charged by indictment with one count of bank-fraud conspiracy, one count of bank fraud, one count of using a false passport, and six counts of aggravated identity theft. Doc. 73. On the same day that Ajayi-Obe was indicted, the United States filed a motion for pretrial detention. Doc. 78. Nearly four months later, Ajayi-Obe was (finally) apprehended in New Jersey. Ajayi-Obe appeared in federal court there that same day, where the Magistrate Judge denied his request for bail pending transfer to this District, without considering the ultimate issue of whether Ajayi-Obe should be detained pending trial. *See* Case No. 2:24-mj-11217-AME, Doc. 1 (D.N.J.). The United States expects that Ajayi-Obe will seek to argue that issue before this Court. In light of additional evidence that was recently obtained, which further demonstrates that Ajayi-Obe should be detained without bond pending trial, the United States hereby submits this supplemental memorandum in support of its original detention motion.

II.  **ARGUMENT**[1]

    A.  <u>**Ajayi-Obe Poses a Serious Flight Risk**</u>

Ajayi-Obe's own words and actions establish that he is a serious flight risk. Ajayi-Obe became aware of the Superseding Indictment shortly after it was unsealed on April 10, 2024. Doc. 86. And he quickly made clear to those close to him that he had no intention of facing the charges against him or cooperating with the legal process, as shown by a variety of text messages that he sent to various associates.

On April 12, 2024, Ajayi-Obe sent a text message to one individual, writing "I got indicted," and later texted the same person that he was "determined to not go to jail."



Similarly, on April 14, 2024, Ajayi-Obe texted "that kid ant [*i.e.*, co-defendant Anthony Ramos] got me a fed case." When the person Ajayi-Obe was texting asked if he "got locked up for it already," Ajayi-Obe responded, "Nope and I don't plan on it."



Ajayi-Obe's efforts to avoid being arrested nearly came to a head on July 19, 2024. That day, federal agents obtained information indicating that Ajayi-Obe was at his parents' house in

---

[1] To avoid repetitiveness, the United States is not restating in this supplemental memorandum the arguments that were previously made in its original detention motion. With that said, the United States intends to rely on those arguments, as well as the ones made in this supplemental memorandum, at the detention hearing scheduled for August 26, 2024.

2

Massachusetts. However, when local law enforcement arrived at the house, Ajayi-Obe had already left, which prompted his mother—who was aware of his pending federal case—to immediately text him, "do not come home . . . police are here." In response, Ajayi-Obe told her to "hide the bag," and that he was "cutting this phone off till I change it . . . never call me again, I'll call you."

| BF MUMMADUKEZ | The One (owner) | BF MUMMADUKEZ | The One (owner) | The One (owner) |
|---|---|---|---|---|
| Do not come home | Why | Police are here | Mom hide the bag | Cutting this phone off till i change it I love you talk to you shortly. Never call me again, I call you. |
| 7/19/2024 4:45:26 PM(UTC+0) | 7/19/2024 4:45:34 PM(UTC+0) | 7/19/2024 4:45:34 PM(UTC+0) | 7/19/2024 4:46:25 PM(UTC+0) | 7/19/2024 5:10:16 PM(UTC+0) |

The reason that Ajayi-Obe planned to cut his phone off was because he suspected that law enforcement was tracking it. In fact, a few minutes before Ajayi-Obe told his mother that he would be cutting his phone off, he screenshotted his mother's notification that law enforcement had arrived and sent it to someone else (who was also aware of his pending federal case). This prompted that person to tell him, "they pinging your phone no doubt about it and or watching your parents phone communication." Ajayi-Obe texted back, "yup I'll call you soon new everything."

| ༺எடBIG KAHUNA🐉மடி༻ (owr | BF SAM | BF SAM | ༺எடBIG KAHUNA🐉மடி༻ (owr |
|---|---|---|---|
| My nigga the moment I left | They pinging your phone no doubt about it | And or watching your parents phone communication | Yup I'll call you soon new everything |
| 7/19/2024 5:06:49 PM(UTC+0) | 7/19/2024 5:07:10 PM(UTC+0) | 7/19/2024 5:07:31 PM(UTC+0) | 7/19/2024 5:08:11 PM(UTC+0) |

This evidence shows that Ajayi-Obe knew that he had been indicted, that he actively tried to avoid being arrested after learning of the indictment—including by fleeing from Massachusetts to New Jersey when he was informed that the police were at his parents' house looking for him—and that he planned to continue evading apprehension by getting rid of his phones so that law enforcement could not track him. These facts alone establish that Ajayi-Obe poses a serious flight risk.

3

## B. Ajayi-Obe Poses a Risk of Nonappearance

When the United States filed its original detention motion, it noted that Ajayi-Obe had an active felony arrest warrant in New York from December 2022 due to his failure to appear on charges of identity theft and false personation. Doc. 78 at ¶ 8. The United States has since learned that Ajayi-Obe has at least one other active felony warrant in Rhode Island from November 2019, which is likewise due to his failure to appear (on a bank-fraud charge). Ajayi-Obe's two years-old, pre-existing warrants for failure to appear, coupled with his affirmative efforts to avoid the legal process in this case, demonstrate that he has a pattern of nonappearance and has made intentional decisions to avoid facing charges against him.

The United States further highlighted in its original detention motion that Ajayi-Obe had an incentive to flee given the lengthy prison sentence that he faces if convicted and the considerable amount of evidence that the United States had against him at the time. Doc. 78 at ¶ 9. Before Ajayi-Obe was indicted, the United States tied his phone number to the bank-fraud conspiracy charged in this case—it was listed on flight records for trips that he and his co-conspirators took to and from states where they carried out their bank-fraud scheme, it was listed on rental car reservations for cars that he and his co-conspirators used to drive to the banks that they targeted in those states, and it was used to communicate with co-conspirators on phones that the United States had already seized and searched.

The evidence against Ajayi-Obe has continued to pile up based on information gathered through a search warrant that the United States obtained for his cellphone, which was seized from him when he was arrested. In addition to confirming what the United States already knew, the contents of Ajayi-Obe's phone corroborated other information of which the United States had previously been informed. For example, Ajayi-Obe's phone contains evidence that he supplied his

4

co-conspirators with the counterfeit passport cards that they used to impersonate victims and make fraudulent withdrawals from the victims' bank accounts. Specifically, Ajayi-Obe's phone contained the very photographs that were displayed on the counterfeit passport cards that he supplied to co-defendants Clemente Castracucco, Suzanne Accurso, Timothy Derrico, and Michael Grodner (shown in that order below).



Ajayi-Obe's phone also contained evidence confirming that he arranged for the Airbnb rentals where he and his co-conspirators stayed when they were in various states carrying out their bank-fraud scheme. Specifically, Ajayi-Obe's phone revealed that he used his cousin (Simone) to coordinate the Airbnb rentals—for the exact dates in the specific states that correspond with the known bank-fraud incidents listed in the Superseding Indictment (a few examples are below).



| **Known Bank-Fraud Incidents** | **Text Messages Sent by Ajayi-Obe** | **Airbnb Reservations on Phone** |
|---|---|---|
| 11/18/22 (Texas) | | |
| 1/5/23 (Arkansas) | | |
| 3/1-3/2/23 (Kansas City) | | |

In sum, the evidence against Ajayi-Obe is overwhelming. When that evidence is considered together with Ajayi-Obe's history of failing to appear in multiple jurisdictions, it strongly supports pretrial detention. *See United States v. Cook*, 87 F.4th 920, 925 (8th Cir. 2023) (holding that the "serious risk of flight and nonappearance [was] obvious" where the defendant had a "history of failing to appear," was facing a "potentially lengthy prison sentence" while not having "served a prison term before," and had a criminal history in multiple states).

### C.     Ajayi-Obe Poses an Ongoing Risk of Danger

When Ajayi-Obe was charged in April 2024, the United States suspected, but was not certain, that he had continued engaging in criminal activity after the last known bank-fraud incident listed in the Superseding Indictment (which occurred in March 2023). That suspicion was recently verified in several ways.

First, the United States is aware of an active investigation of Ajayi-Obe in the District of Rhode Island for bank-fraud conspiracy, bank fraud, and aggravated identity theft. The Rhode Island investigation stems from numerous bank-fraud incidents that occurred in early 2024, which were nearly identical to the incidents detailed in the Superseding Indictment in this case. After law enforcement arrested one of Ajayi-Obe's co-conspirators, Paul Keenan, they obtained a search warrant for Keenan's cellphone, which contained text messages with Ajayi-Obe. Those same text messages were found on the phone that the United States seized from Ajayi-Obe in this case. The text messages make clear that Ajayi-Obe coordinated the crimes that are the subject of the Rhode Island investigation. They included communications identical to the ones that Ajayi-Obe sent to his co-defendants in this case, in that they included the targeted banks' names, the approximate balances in the targeted bank accounts, and the personally identifiable information of the targeted bank account holders. They also included communications revealing that Ajayi-Obe was supplying

7

the counterfeit identification documents that were being used, coordinating the vehicles that were being used, and arranging the Airbnb rentals that were being used, just like he did in the conspiracy charged in this case (as shown below).



Second, when Ajayi-Obe was apprehended in New Jersey, he was in possession of three counterfeit state driver's licenses, including a North Carolina driver's license that displayed his photograph and an alias ("Lionel Hughes").



Based on the contents of Ajayi-Obe's phone, the United States believes that Ajayi-Obe's latest fraud scheme involves using counterfeit identification documents bearing stolen identities (such

8

as "Lionel Hughes") to rent cars, which Ajayi-Obe and his conspirators then sell after removing the tracking devices (some examples are below, which should be read in pairs, from left to right).

| Fat Worker: What company (6/30/2024 8:04:45 PM UTC+0) | +18455469592 (owner): Enterprise (6/30/2024 8:04:52 PM UTC+0) |
|---|---|
| Fat Worker: Premium SUV. (6/30/2024 8:16:26 PM UTC+0) | +18455469592 (owner): Yes (6/30/2024 8:16:35 PM UTC+0) |
| +18455469592 (owner): See how today worked out? (6/30/2024 9:06:20 PM UTC+0) | +18455469592 (owner): Let's put ourselves on faces rn and get more (6/30/2024 9:06:30 PM UTC+0) |
| Fat Worker: The Lincoln $100 more. (6/30/2024 9:56:48 PM UTC+0) | +18455469592 (owner): We gotta take the thingy out if you're not gunna sell it (7/5/2024 12:50:31 PM UTC+0) |
| +18455469592 (owner): You're not serious no more and ion need you to get cars (7/5/2024 2:56:32 PM UTC+0) | Fat Worker: I'll pull up and give that and the car to you. (7/6/2024 12:10:41 PM UTC+0) |
| Fat Worker: And the number we settled on. Cut that in half. When you have that. I'll pull up. (7/6/2024 12:11:20 PM UTC+0) | +18455469592 (owner): I haven't sold them shits yet (7/6/2024 12:12:32 PM UTC+0) |
| +18455469592 (owner): You're slow, you can't even take the trackers out that Lincoln so idgaf (7/6/2024 12:13:17 PM UTC+0) | |

9

| | |
|---|---|
| **Fat Worker**<br>The car not here<br>7/18/2024 2:40:40 PM(UTC+0) | **Fat Worker**<br>I just walked the entire lot<br>7/18/2024 2:40:47 PM(UTC+0) |
| **The One (owner)**<br>Take pic of the car<br>7/18/2024 4:34:39 PM(UTC+0) | **The One (owner)**<br>Can't be electric okay?<br>7/18/2024 4:58:54 PM(UTC+0) |
| **The One (owner)**<br>Wait we ain't get that with Lionel<br>7/18/2024 5:14:42 PM(UTC+0) | **The One (owner)**<br>Yea we did smh<br>7/18/2024 5:15:40 PM(UTC+0) |
| **The One (owner)**<br>Thank you for making me not get the jeeps sold and helping you make money you fat idiot<br>7/22/2024 12:19:00 PM(UTC+0) | **The One (owner)**<br>When I finally had a sale and you heard it yourself you decided to go hobo mode. Enjoy hobo mode<br>7/22/2024 12:19:33 PM(UTC+0) |

Ajayi-Obe's ongoing criminal activities—including acitvities taking place months after he became aware of his indictment in this case and continuing up until he was arrested on July 24, 2024—show that he presents a danger to the community and provide yet another reason why he should be detained pending trial. *See, e.g.*, *United States v. Souresrafil*, No. 18CR911JNETNL, 2018 WL 3492155, at *1 n.1 (D. Minn. July 20, 2018) ("Danger to individuals and the community is not limited solely to the danger of physical violence, but includes 'economic danger' as well."); *United States v. Rojas*, No. CR14-4015-MWB, 2014 WL 840606, at *3 (N.D. Iowa Mar. 4, 2014) (granting government's motion for pretrial detention because there was no condition or combination of conditions "that could reasonably protect the community from economic danger").

10

**III.     CONCLUSION**

At the end of the day, the evidence proffered by the United States establishes that there is no condition or combination of conditions that will reasonably assure Ajayi-Obe's future appearance and protect the safety of the community. He should therefore be detained without bond pending trial.

                    Respectfully submitted,

                    SAYLER A. FLEMING
                    UNITED STATES ATTORNEY

                    */s/ Justin M. Ladendorf*
                    JUSTIN M. LADENDORF, #68558MO
                    ASSISTANT UNITED STATES ATTORNEY
                    Thomas F. Eagleton Courthouse
                    111 South Tenth Street, 20th Floor
                    St. Louis, Missouri 63102
                    (314) 539-2200